**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONEL SANCHEZ LAGUNAS,<br><br>Petitioner,<br><br>v.<br><br>FACILITY ADMINISTRATOR, ADELANTO ICE PROCESSING CENTER et al.,<br><br>Respondents. | Case No. 5:26-cv-00507-MCS-KES ADELANTO<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Report and Recommendation of U.S. Magistrate Judge, it is adjudged that the Petition is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: July 14, 2026

Mark C. Scarsi

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE